**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2022-CA-0859

Craig R. Short

- - Versus - -

RaceTrac Petroleum, Inc. individually and d/b/a RaceTrac
John Doe, DEF Insurance Company, John Doe, Inc. and
DEF Insurance Company

22nd Judicial District Court
Case #: 201612077
St. Tammany Parish

On Application for Rehearing filed on  03/09/2023 by Craig Short

Rehearing _____ **DENIED** _____

_____
Jewel E. "Duke" Welch Jr.

_____
Allison H. Penzato

_____
Walter I. Lanier III

Date __MAR 1 4 2023_____

_____
Rodd Naquin, Clerk